**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern District Of New York _____
(State)

Case number (*if known*): _____    Chapter _11_

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Vida Cafe Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | d/b/a Mamajuana Cafe |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 2 0 – 2 7 0 9 8 9 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 247 Dyckman Street<br>Number        Street | <br>Number        Street |
| | P.O. Box |
| New York            NY      10034<br>City            State    ZIP Code | <br>City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| NEW YORK<br>County | <br>Number        Street |
| | <br>City            State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | www.mamajuana-cafe.com |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Vida Cafe Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District **SDNY** When **02/26/2014** Case number **14-10475**
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                    MM / DD / YYYY

        Case number, if known _____

| Debtor | Vida Cafe Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health **or** safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number          Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Vida Cafe Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Victor Osorio
Printed name

Title President

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

Douglas J. Pick, Esq.
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Avenue, 12th Floor
Number    Street

New York                                      NY          10017
City                                                 State       ZIP Code

(212) 695-6000                            dpick@picklaw.net
Contact phone                             Email address

_____        _____
Bar number                                      State

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re:

                                    Case No. BKY

Vida Cafe Inc.,

Debtor(s)                                Chapter 11 Case

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

       I, Victor Osorio, declare under penalty of perjury that I am the President of Vida Cafe Inc., a New York corporation and that on May 13, 2016 the following resolution was duly adopted by the Directors of this corporation:

       "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

       Be It Therefore Resolved, that Victor Osorio, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

       Be It Further Resolved, that Victor Osorio, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

       Be It Further Resolved, that Victor Osorio, President of this corporation, is authorized and directed to employ Douglas J. Pick, Esq., attorney and the law firm of Pick & Zabicki LLP to represent the corporation in such bankruptcy case."

| Executed on: | Signed: |
|---|---|
| | Victor Osorio   *(Name and Address of Subscriber)* |

| Fill in this information to identify the case: |
|---|
| Debtor name   Vida Cafe Inc. |
| United States Bankruptcy Court for the:   Southern District Of New York |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AJH Contracting, Inc.<br>223 Dyckman Street<br><br>New York, NY10034 | | Remodeling Contract | | | | $78,000.00 |
| 2 | Susan Osorio<br>24 Prospect Terrace<br><br>Yonkers, NY10705 | | Loans | | | | $50,000.00 |
| 3 | Miguel Hernandez<br>585 West 204th Street<br><br>New York, NY10034 | | Loans | | | | $50,000.00 |
| 4 | Aqua Foods Supply LLC<br>411 Park Place<br>#4J<br>Fort Lee, NJ07024 | | Trade Debt | | | | $13,326.00 |
| 5 | JCR Produce<br>5900 Arlington Avenue<br><br>Bronx, NY10471 | | Trade Debt | | | | $5,473.45 |
| 6 | RJ Linen & Uniforms Corp.<br>305 N. Macquesten Parkway<br><br>Mount Vernon, NY10550 | | Trade Debt | | | | $4,209.09 |
| 7 | AmTrust North America<br>P.O. Box 6939<br><br>Cleveland, OH44101-1939 | | Insurance | | | | $2,389.00 |
| 8 | Zaferino Castelan-Hilario<br>c/o Cilenti & Cooper, PLLC<br>708 Third Avenue, 6th Floor<br>New York, NY10017 | | FLSA Claims (In Litigation) | Unliquidated Disputed | | | $0.00 |

| Debtor | Vida Cafe Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mario Quirino c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor New York, NY1017 | | FLSA Claims (In Litigation) | Unliquidated Disputed | | | $0.00 |
| 10 | Oscar Ortega c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor New York, NY10017 | | FLSA Claims (In Litigation) | Unliquidated Disputed | | | $0.00 |
| 11 | Marcos Geovanny c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor New York, NY10017 | | FLSA Claims (In Litigation) | Unliquidated Disputed | | | $0.00 |
| 12 | Wendy Bermudez c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor New York, NY10017 | | FLSA Claims (In Litigation) | Unliquidated Disputed | | | $0.00 |
| 13 | Willy Escolastico c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor New York, NY10017 | | FLSA Claims (In Litigation) | Unliquidated Disputed | | | $0.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor name _____ **Vida Cafe Inc.** _____

United States Bankruptcy Court for the: **Southern District of New York**

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................

    $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................................................

    $ **150,297.25**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................................

    $ **150,297.25**

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D* ............................

    $ **16,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................................................................

    $ **381,718.04**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................................................................

    + $ **203,397.54**

4. **Total liabilities** ............................................................................
    Lines 2 + 3a + 3b

    $ **601,115.58**

---

Fill in this information to identify the case:

Debtor name    Vida Cafe Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**    Current value of debtor's interest

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|
| 3.1. Capital One Bank | Checking | 3  6  9  4 | $ 2,490.72 |
| 3.2. Capital One Bank | Checking | 3  7  0  8 | $ 3,706.53 |

See Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts    0

4. **Other cash equivalents** *(Identify all)*
   - 4.1. _____   $_____
   - 4.2. _____   $_____

5. **Total of Part 1**    $ 6,297.25

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☒ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   - 7.1. Security Deposit With Landlord    $ 63,000.00
   - 7.2. Security Deposit With Con Edison    $ 3,500.00

Debtor    Vida Cafe Inc.                                    Case number (if known)_____
              Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $66,500.00 |

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                                        Current value of debtor's
                                                                        interest

11. **Accounts receivable**

    11a. 90 days old or less:    $2,500.00          –    $0.00                    = ........→    $2,500.00
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       $0.00              –    $0.00                    = ........→    $0.00
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $2,500.00 |

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____
    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $_____ |

Debtor    Vida Cafe Inc.
                Name                                                    Case number (if known)_____

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   ☐ No. Go to Part 6.
   ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Food and Liquor Inventory | MM / DD / YYYY | $_____ | Cost | $ 55,000.00 |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84.
   $ 55,000.00

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☒ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☒ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor ___Vida Cafe Inc._____    Case number (if known)_____
        Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Restaurant Furnishings | $_____ | _____ | $2,500.00 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $2,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☒ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

Debtor   Vida Cafe Inc.
         Name                                                    Case number (if known)_____

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2012 Mercedes Van | $ | | $ 16,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Point of Sale System | $ | | $ 1,500.00 |
| Description: Computers | | | |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$ 17,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Vida Cafe Inc.
             Name                                           Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www.mamajuana-cafe.com | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Vida Cafe Inc.
          Name                                    Case number *(if known)* _____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

                                                                      Current value of
                                                                      debtor's interest

71. **Notes receivable**
    Description (include name of obligor)
    _____      _____  -  _____      = ➜   $_____
                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____           Tax year _____      $_____
    _____           Tax year _____      $_____
    _____           Tax year _____      $_____

73. **Interests in insurance policies or annuities**
    _____                                 $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                                 $_____
    Nature of claim      _____
    Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                                 $_____
    Nature of claim      _____
    Amount requested_    $_____

76. **Trusts, equitable or future interests in property**
    _____                                 $_____

77. **Other property of any kind not already listed** *Examples: Season tickets, country club membership*
    Leasehold/Leasehold Improvements                          $Unknown
    _____                                 $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.       $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor _____
Vida Cafe Inc.
Name

Case number (if known) _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $6,297.25 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $66,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $2,500.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $55,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment, and collectibles. *Copy line 43, Part 7.* | $2,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $17,500.00 | |
| 88. Real property. *Copy line 56, Part 9.* ................................................→ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ..........................91a. | $150,297.25 | + 91b. $0.00 |

92.  Total of all property on Schedule A/B.  Lines 91a + 91b = 92. ...............................................................    $150,297.25

Attachment
Debtor: Vida Cafe Inc.        Case No:

Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

Institution: Capital One Bank
Account Type: Escrow
Last 4 Digits of Account Number: 4872
Value: $100.00

Fill in this information to identify the case:

Debtor name __Vida Cafe Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>**Mercedes-Benz Financial Services** | Describe debtor's property that is subject to a lien<br>2012 Mercedes Van | $16,000.00 | $16,000.00 |

**2.1**

Creditor's name
**Mercedes-Benz Financial Services**

Creditor's mailing address
P.O. Box 5209
Carol Stream, Illinois 60197

Creditor's email address, if known
_____

Date debt was incurred    2013

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
2012 Mercedes Van
_____

Describe the lien
Purchase-Money Security Interest

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $16,000.00
Column B: $16,000.00

---

**2.2**

Creditor's name
_____

Creditor's mailing address
_____

Creditor's email address, if known
_____

Date debt was incurred
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00
Column B: $0.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $16,000.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Vida Cafe Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Criminal Court of the City of New York
346 Broadway
New York, New York 10013

As of the petition filing date, the claim is: $5,000.00    Priority amount $5,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Taxes and Other Government Debts
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
NYS Dept. of Labor
P.O. Box 15012
Albany, New York 12212-5012

As of the petition filing date, the claim is: $1,021.42    $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Taxes and Other Government Debts
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
NYS Dept. of Tax & Fin.
See Attachment 1
Albany, New York 12205-0300

As of the petition filing date, the claim is: $374,056.20    $Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
2013-2016

Basis for the claim:
Taxes and Other Government Debts
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor   Vida Care Inc.
         Name

Case number (if known)_____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim                    Priority amount

**2.4** Priority creditor's name and mailing address

NYS Unempoyment Insurance
P.O. Box 4305
Binghamton, New York 13902-4305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,640.42           $ Unknown

Date or dates debt was incurred

Basis for the claim:
Taxes and Other Government Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.5** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00              $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.6** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00              $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.7** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____        $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor    16-11079-mg    Doc 1    Filed 07/11/16    Entered 07/11/16 17:13:45    Main Document
Villa Cafe Inc.
Name                           Pg 21 of 64          Case number (if known)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

AJH Contracting, Inc.

223 Dyckman Street
New York, New York 10034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Remodeling Contract

**$78,000.00**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address

AmTrust North America

P.O. Box 6939
Cleveland, Ohio 44101-1939

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

**$2,389.00**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address

Aqua Foods Supply LLC

411 Park Place #4J
Fort Lee, New Jersey 07024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

**$13,326.00**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address

JCR Produce

5900 Arlington Avenue
Bronx, New York 10471

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

**$5,473.45**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5**   Nonpriority creditor's name and mailing address

Marcos Geovanny

c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor
New York, New York 10017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: FLSA Claims (In Litigation)

**$Unknown**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6**   Nonpriority creditor's name and mailing address

Mario Quirino

c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor
New York, New York 1017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: FLSA Claims (In Litigation)

**$Unknown**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Miguel Hernandez

585 West 204th Street
New York, New York 10034

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loans

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 50,000.00

---

**3.8** Nonpriority creditor's name and mailing address

Oscar Ortega

c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor
New York, New York 10017

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: FLSA Claims (In Litigation)

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.9** Nonpriority creditor's name and mailing address

RJ Linen & Uniforms Corp.

305 N. Macquesten Parkway
Mount Vernon, New York 10550

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,209.09

---

**3.10** Nonpriority creditor's name and mailing address

Susan Osorio

24 Prospect Terrace
Yonkers, New York 10705

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Loans

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 50,000.00

---

**3.11** Nonpriority creditor's name and mailing address

Wendy Bermudez

c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor
New York, New York 10017

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: FLSA Claims (In Litigation)

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

Willy Escolastico

c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor
New York, New York 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ Unknown

Basis for the claim: FLSA Claims (In Litigation)

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _ _ _ _

---

**3.13** Nonpriority creditor's name and mailing address

Zaferino Castelan-Hilario

c/o Cilenti & Cooper, PLLC 708 Third Avenue, 6th Floor
New York, New York 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

Basis for the claim: FLSA Claims (In Litigation)

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _ _ _ _

---

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _ _ _ _

---

**3.15** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _ _ _ _

---

**3.16** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _ _ _ _

---

Debtor    Vita Cafe Inc.
          Name
                                        Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. NYS Dept. of Taxation & Finance | Line 2.3 ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.3. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.4. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.5. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.6. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.7. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.8. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.9. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.10. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.11. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.12. | Line ___ ☐ Not listed. Explain | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 381,718.04 |
| 5b. Total claims from Part 2 | | 5b. + | $ 203,397.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ 585,115.58 |

Attachment
Debtor: Vida Cafe Inc.        Case No:

**Attachment 1**

**Bankruptcy/Special Procedures Section, P.O. Box 5300**

**Fill in this information to identify the case:**

Debtor name ___Vida Cafe Inc.___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Dishwasher Lease (#09H249899) <br> Glasswasher Lease (#06D202551) | Ecolab <br> P.O. Box 32027 |
| | State the term remaining | | New York     New York     10087-2027 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease of Restaurant Space | Dyckman LLC <br> c/o The Parkoff Organization <br> 98 Cuttermill Road, 444S |
| | State the term remaining | | Great Neck     New York     11021-3002 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name __Vida Cafe Inc.__ |
| United States Bankruptcy Court for the: __Southern District of New York__ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Victor Osorio | 497 Piermont Road<br>Street<br><br>Cresskill    New Jersey    07626<br>City    State    ZIP Code | Mercedes-Benz<br>Financial Services<br><br>See Attachment 1 | ☒ D<br>☒ E/F<br>☐ G |
| 2.2 | Rancho Vida LLC | c/o Faga Savino LLP, 1200 Waters Place, Ste. 301<br>Street<br><br>Bronx    New York    10461<br>City    State    ZIP Code | Zaferino<br>Castelan-Hilario<br><br>See Attachment 2 | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 | Victor Santos | c/o Faga Savino LLP, 1200 Waters Place, Ste. 301<br>Street<br><br>Bronx    New York    10461<br>City    State    ZIP Code | Zaferino<br>Castelan-Hilario<br><br>See Attachment 3 | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Attachment
Debtor: Vida Cafe Inc.    Case No:

Attachment 1

    NYS Dept. of Tax & Fin., Schedule E/F
    Zaferino Castelan-Hilario, Schedule E/F
    Mario Quirino, Schedule E/F
    Oscar Ortega, Schedule E/F
    Marcos Geovanny, Schedule E/F
    Wendy Bermudez, Schedule E/F
    Willy Escolastico, Schedule E/F

Attachment 2

    Mario Quirino, Schedule E/F
    Oscar Ortega, Schedule E/F
    Marcos Geovanny, Schedule E/F
    Wendy Bermudez, Schedule E/F
    Willy Escolastico, Schedule E/F

Attachment 3

    Mario Quirino, Schedule E/F
    Oscar Ortega, Schedule E/F
    Marcos Geovanny, Schedule E/F
    Wendy Bermudez, Schedule E/F
    Willy Escolastico, Schedule E/F

Fill in this information to identify the case and this filing:

Debtor Name __Vida Cafe Inc.__

United States Bankruptcy Court for the: __Southern District Of New York__

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒ *Schedule H: Codebtors (Official Form 206H)*

☒ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206–Summary)*

☐ *Amended Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        ✗ _____
          MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                    __Victor Osorio__
                                    Printed name

                                    __President__
                                    Position or relationship to debtor

Official Form B202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
| --- |

Debtor name __Vida Cafe Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional **pages**, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 04/01/2016<br>MM/DD/YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ *TO BE PROVIDED* |
| For prior year: | From 04/01/2015<br>MM/DD/YYYY | to | 03/31/2016<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ *TO BE PROVIDED*<br>*(TAX RETURN ON EXTENSION)* |
| For the year before that: | From 04/01/2014<br>MM/DD/YYYY | to | 03/31/2015<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,269,735.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM/DD/YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM/DD/YYYY | to | _____<br>MM/DD/YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM/DD/YYYY | to | _____<br>MM/DD/YYYY | _____ | $_____ |

Debtor _____Vida Cafe Inc._____    Case number *(if known)* _____
　　　　　　　Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached General Ledger | _____ | $ 0.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | _____ | | | ☐ Services |
| | City　　　　State　　ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | _____ | | | ☐ Services |
| | City　　　　State　　ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | _____ | $ _____ | _____ |
| | Insider's name | | | _____ |
| | Street | _____ | | _____ |
| | _____ | _____ | | |
| | City　　　　State　　ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 4.2. | | | $ _____ | _____ |
| | Insider's name | | | _____ |
| | Street | _____ | | _____ |
| | _____ | _____ | | |
| | City　　　　State　　ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

Debtor    Vida Cafe Inc._____    Case number (if known)_____
               Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 1 | Fair Labor Standards Act | United States District Court | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | Southern District of New York | ☐ Concluded |
| | Case number | | Street | |
| | 15-cv-2015-RJS | | | |
| | | | City          State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | Case number | | Street | |
| | | | City          State     ZIP Code | |

Debtor    Vida Cafe Inc.                                          Case number (if known)_____
          Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City          State      ZIP Code | Case number | Street |
| | Date of order or assignment | City          State      ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | $_____ |

---

Debtor     Vida Cafe Inc.
_____     Case number (if known) _____
           Name

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pick & Zabicki LLP | $15,000 Fee & $2,000 Filing Fee/Expenses | 5/13/2016 | $ 17,000.00 |
| | **Address** | | | |
| | 369 Lexington Avenue, 12th Floor | | | |
| | Street | | | |
| | New York          NY          10017 | | | |
| | City          State          ZIP Code | | | |
| | Email or website address | | | |
| | dpick@picklaw.net | | | |
| | Who made the payment, if not debtor? | | | |
| | Sushi Vida Inc. | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 5

Debtor    Vida Cafe Inc.
_____    Case number (if known)_____
          Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |

Debtor    Vida Cafe Inc.                                          Case number (if known)_____
          Name

## Part 8:    Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

[X] No. Go to Part 9.
[ ] Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State          ZIP Code | _____ _____ | *Check all that apply:* [ ] Electronically [ ] Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State          ZIP Code | _____ _____ | *Check all that apply:* [ ] Electronically [ ] Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

[X] No.
[ ] Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?
        [ ] No
        [ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[X] No. Go to Part 10.
[ ] Yes. Does the debtor serve as plan administrator?
        [ ] No. Go to Part 10.
        [ ] Yes. Fill in below:
            Name of plan                          Employer identification number of the plan

            _____               EIN: __ __ __ – __ __ __ __ __ __ __

        Has the plan been terminated?
        [ ] No
        [ ] Yes

| Debtor | Vida Cafe Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | Address | | ☐ No<br>☐ Yes |

---

| Debtor | Vida Cafe Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor    Vida Cafe Inc.
_____    Case number (if known)_____
    Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.2. | Business name and address<br>Name<br>Street<br>City        State        ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.3. | Business name and address<br>Name<br>Street<br>City        State        ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |

| Debtor | Vida Cafe Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.1. | Ron Eletto, CPA | | From _____ | To _____ |
| | Name | | | |
| | 75 N. Saw Mill River Road, #203 | | | |
| | Street | | | |
| | Elmsford | NY | 10523 | |
| | City | State | ZIP Code | |

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.2. | | | From _____ | To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.1. | | | From _____ | To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.2. | | | From _____ | To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | | | |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

Debtor    Vida Cafe Inc.
_____    Case number (*if known*)_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | |
| | Street | |
| | | |
| | City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| | Name and address |
|---|---|
| 26d.2. | |
| | Name |
| | Street |
| | |
| | City                    State              ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | |
| | Name |
| | Street |
| | |
| | City                    State              ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Bar Manager | _____ | $_____ |
| | | See Attachment 2 |

Name and address of the person who has possession of inventory records

| | |
|---|---|
| 27.1. | |
| | Name |
| | Street |
| | |
| | City                    State              ZIP Code |

Debtor    Vida Cafe Inc.                                          Case number (if known) _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Chef | | $ _____ |
| | | See Attachment 3 |

Name and address of the person who has possession of inventory records

27.2.   _____
        Name

        _____
        Street

        _____
        City                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Victor Osorio | 497 Piermont Road, Cresskill, NJ 07626 | See Attachment 4 | 100 |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Victor Osorio | $120,000.00 | | See Attachment |
| Name | | | |
| 497 Piermont Road | | | |
| Street | | | |
| Cresskill              NJ        07626 | | | |
| City              State        ZIP Code | | | |
| Relationship to debtor | | | |
| President | | | |

Debtor    Vida Cafe Inc.        Case number (if known) _____
       Name

**Name and address of recipient**

Name

Street

City        State      ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
       MM / DD / YYYY

✗ _____        Printed name   Victor Osorio
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Attachment

Debtor: Vida Cafe Inc.        Case No:

Attachment 1

Castelan-Hilario, et al. v. Vida Cafe, Inc. d/b/a Mamajuana Cafe, et al.

Attachment 2

Weekly Inventory of Liquor on Hand

Attachment 3

Weeklyn Inventory of Food on Hand

Attachment 4

President - Sole Officer and Director - Sole Shareholder

Attachment 5

Annual Salary Paid in the Ordinary Course

## Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Operating #3708i** | | | | | | |
| Check | 04/01/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -2,545.00 |
| Check | 04/01/2016 | debit | Blackstone | | Credit Card Fees | -340.86 |
| Bill Pmt -Check | 04/04/2016 | debit | The Premins Company, Inc. | Acct #167428-J55 | Accounts Payable | -2,296.71 |
| Check | 04/04/2016 | 2694 | Wendy Hernandez | Cuomo 2018 - Network Dinner | Donations & Charitable Contribu | -15,000.00 |
| Check | 04/04/2016 | 2695 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 4/3 | Advertising and Promotion | -2,150.00 |
| Check | 04/04/2016 | debit | Blackstone | | Credit Card Fees | -3,179.37 |
| Check | 04/04/2016 | 2697 | Blackstone | | Credit Card Fees | -49.30 |
| Check | 04/05/2016 | debit | Victor Osorio | 2/28, 3/6, 3/13, 3/20, 3/27 + Reimbursement | -SPLIT- | -2,073.70 |
| Check | 04/05/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,912.24 |
| Check | 04/05/2016 | debit | The Premins Company, Inc. | | Liability Insurance | -2,296.71 |
| Check | 04/05/2016 | debit | The Premins Co. - Liquor Policy | | Insurance Expense | -570.30 |
| Check | 04/06/2016 | 2696 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 4/10 | Advertising and Promotion | -2,150.00 |
| Bill Pmt -Check | 04/06/2016 | debit | Con Edison | Acct #48-2119-8420-0007-2 | Accounts Payable | -4,115.00 |
| Check | 04/06/2016 | 2698 | Haydee Burgos | w/e - 4/3 | Consulting | -750.00 |
| Bill Pmt -Check | 04/07/2016 | 2699 | JCR Produce | | Accounts Payable | -1,790.80 |
| Bill Pmt -Check | 04/07/2016 | 2700 | GOYA | | Accounts Payable | -873.64 |
| Bill Pmt -Check | 04/07/2016 | 2701 | Aqua Foods Supply, LLC | | Accounts Payable | -6,282.69 |
| Bill Pmt -Check | 04/07/2016 | 2702 | Fadaro Fancy Foods Corp. | | Accounts Payable | -2,736.00 |
| Bill Pmt -Check | 04/07/2016 | 2703 | Jeraci Food Distributors, Inc. | | Accounts Payable | -5,520.00 |
| Bill Pmt -Check | 04/07/2016 | 2704 | Slavin & Sons | | Accounts Payable | -3,119.65 |
| Bill Pmt -Check | 04/07/2016 | 2705 | Vinaio | | Accounts Payable | -518.40 |
| Check | 04/07/2016 | 2706 | Manhattan Beer Distributors | Acct #25054 | Beer | -438.19 |
| Bill Pmt -Check | 04/07/2016 | 2707 | Anheuser Busch | | Accounts Payable | -224.55 |
| Bill Pmt -Check | 04/07/2016 | 2708 | Room 4 Dessert | | Accounts Payable | -240.00 |
| Bill Pmt -Check | 04/11/2016 | 2709 | RC Refrigeration Corp. | | Accounts Payable | -500.00 |
| Check | 04/12/2016 | 2710 | Haydee Burgos | w/e - 4/10 | Consulting | -750.00 |
| Check | 04/12/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,713.34 |
| Check | 04/13/2016 | 2711 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 4/17 | Advertising and Promotion | -2,150.00 |
| Bill Pmt -Check | 04/13/2016 | 2712 | Bindi North America | | Accounts Payable | -56.70 |
| Bill Pmt -Check | 04/13/2016 | 2713 | dLL financial solutions | | Accounts Payable | -583.38 |
| Bill Pmt -Check | 04/13/2016 | 2714 | Ecolab | | Accounts Payable | -761.63 |
| Bill Pmt -Check | 04/13/2016 | 2715 | Fadaro Fancy Foods Corp. | | Accounts Payable | -915.80 |
| Bill Pmt -Check | 04/13/2016 | 2716 | GOYA | | Accounts Payable | -740.18 |

3:28 PM
07/06/16
Accrual Basis

## Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 04/13/2016 | 2717 | JCR Produce | | Accounts Payable | -1,740.00 |
| Bill Pmt -Check | 04/13/2016 | 2718 | Jeraci Food Distributors, Inc. | | Accounts Payable | -4,104.00 |
| Bill Pmt -Check | 04/13/2016 | 2719 | Lebron Restaurant Supplies | Mamajuana Cafe | Accounts Payable | -2,592.88 |
| Bill Pmt -Check | 04/13/2016 | 2720 | NYC Knife | 2015 Balance | Accounts Payable | -700.00 |
| Bill Pmt -Check | 04/13/2016 | 2721 | NYC Waste Solutions | Acct #48-2119-8420-0007-2 | Accounts Payable | -1,307.44 |
| Bill Pmt -Check | 04/13/2016 | 2723 | RJ Linen & Uniforms | | Accounts Payable | -1,618.80 |
| Bill Pmt -Check | 04/13/2016 | 2724 | Roma Syrups | | Accounts Payable | -420.00 |
| Bill Pmt -Check | 04/13/2016 | 2725 | Slavin & Sons | | Accounts Payable | -1,197.75 |
| Check | 04/13/2016 | debit | Con Edison | Acct #48-2119-8405-0006-5 | Electricity | -291.46 |
| Check | 04/16/2016 | 2728 | Manhattan Beer Distributors | Acct #25054 | Beer | -383.75 |
| Check | 04/16/2016 | 2726 | Manhattan Beer Distributors | Acct #25054 | Beer | -451.83 |
| Check | 04/18/2016 | 2729 | Luz Guerra | Felo Swing - 4/17 | Band/Entertainment/Performance | -1,000.00 |
| Check | 04/18/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -1,962.00 |
| Check | 04/19/2016 | 2730 | Haydee Burgos | w/e - 4/17 | Consulting | -750.00 |
| Check | 04/19/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,975.34 |
| Check | 04/19/2016 | debit | Haydee Burgos | Rest DEpot | Food Purchases | -4,759.88 |
| Transfer | 04/19/2016 | | | Funds Transfer | Payroll #3694 | -4,294.96 |
| Check | 04/20/2016 | 2731 | Manhattan Beer Distributors | Acct #25054 | Beer | -484.31 |
| Bill Pmt -Check | 04/20/2016 | 2732 | 8 Studio LLC | | Accounts Payable | -150.00 |
| Bill Pmt -Check | 04/20/2016 | 2733 | Anheuser Busch | | Accounts Payable | -201.46 |
| Bill Pmt -Check | 04/20/2016 | 2734 | dLL financial solutions | Acct #604901 | Accounts Payable | -288.44 |
| Bill Pmt -Check | 04/20/2016 | 2735 | Ecolab | | Accounts Payable | -129.13 |
| Bill Pmt -Check | 04/20/2016 | 2796 | Gold Duct Cleaning | | Accounts Payable | -299.47 |
| Bill Pmt -Check | 04/20/2016 | 2737 | GOYA | | Accounts Payable | -643.86 |
| Bill Pmt -Check | 04/20/2016 | 2738 | JCR Produce | | Accounts Payable | -1,535.10 |
| Bill Pmt -Check | 04/20/2016 | 2739 | Jeraci Food Distributors, Inc. | | Accounts Payable | -9,002.00 |
| Bill Pmt -Check | 04/20/2016 | 2740 | RJ Linen & Uniforms | | Accounts Payable | -1,076.00 |
| Bill Pmt -Check | 04/20/2016 | 2741 | Roma Syrups | | Accounts Payable | -172.00 |
| Bill Pmt -Check | 04/20/2016 | 2742 | Room 4 Dessert | | Accounts Payable | -240.00 |
| Bill Pmt -Check | 04/20/2016 | 2743 | Slavin & Sons | | Accounts Payable | -57.28 |
| Bill Pmt -Check | 04/20/2016 | 2744 | Dyckman LLC | April 2016 | Accounts Payable | -26,310.13 |
| Bill Pmt -Check | 04/20/2016 | 2745 | Dyckman LLC | | Accounts Payable | -7,000.00 |
| Check | 04/20/2016 | debit | NYS Department of Finance & Taxation | March 2016 Sales Tax | Tax Liability | -17,509.94 |
| Check | 04/21/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -7,329.24 |

Page 2 of 9

3:28 PM
07/05/16
Accrual Basis

# Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 04/23/2016 | 2747 | Manhattan Beer Distributors | Acct #25054 | Beer | -184.14 |
| Check | 04/25/2016 | 2748 | Whin & Dine | Mamajuana Cafe Dyckman | Advertising and Promotion | -350.00 |
| Bill Pmt -Check | 04/25/2016 | 2749 | Bori | Reimbursements - Various Exps | Accounts Payable | -3,000.00 |
| Check | 04/25/2016 | debit | RLI Insurance | | Insurance Expense | -50.00 |
| Check | 04/26/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,949.33 |
| Transfer | 04/26/2016 | | | Funds Transfer | Payroll #3694 | -3,558.70 |
| Check | 04/27/2016 | 2750 | Haydee Burgos | w/e - 4/24 | Consulting | -750.00 |
| Bill Pmt -Check | 04/28/2016 | 2751 | JCR Produce | | Accounts Payable | -3,237.10 |
| Check | 04/28/2016 | 2752 | Manhattan Beer Distributors | Acct #25054 | Beer | -600.68 |
| Bill Pmt -Check | 04/28/2016 | 2753 | Anheuser Busch | | Accounts Payable | -289.05 |
| Bill Pmt -Check | 04/28/2016 | 2754 | Ecolab | | Accounts Payable | -570.39 |
| Bill Pmt -Check | 04/28/2016 | 2755 | Ink Keepers | Customer #168438 | Accounts Payable | -455.96 |
| Bill Pmt -Check | 04/28/2016 | 2756 | Jeraci Food Distributors, Inc. | | Accounts Payable | -9,777.00 |
| Bill Pmt -Check | 04/28/2016 | 2757 | Lebron Restaurant Supplies | | Accounts Payable | -1,358.38 |
| Bill Pmt -Check | 04/28/2016 | 2758 | Mercedes-Benz Financial Services USA LLC | Cust. #0000387512/2 | Accounts Payable | -706.36 |
| Bill Pmt -Check | 04/28/2016 | 2759 | NYC Knife | | Accounts Payable | -344.18 |
| Bill Pmt -Check | 04/28/2016 | 2760 | RJ Linen & Uniforms | | Accounts Payable | -787.00 |
| Bill Pmt -Check | 04/28/2016 | 2761 | Roma Syrups | | Accounts Payable | -345.00 |
| Bill Pmt -Check | 04/28/2016 | 2762 | Room 4 Dessert | | Accounts Payable | -300.00 |
| Bill Pmt -Check | 04/28/2016 | 2763 | Shelter Point Life | Policy #ID465682 | Accounts Payable | -2,018.10 |
| Bill Pmt -Check | 04/28/2016 | 2765 | Time Warner Cable | Acct #815021001206775 | Accounts Payable | -710.31 |
| Bill Pmt -Check | 04/28/2016 | 2766 | VERIZON | Acct #212 304 0140 438 74 2 | Accounts Payable | -304.07 |
| Check | 04/28/2016 | 2767 | Eletto Business Directions, Inc. | Vida Roof LLC | Accounting | -420.00 |
| Check | 04/29/2016 | debit | Capital One Bank | Overdraft Fees | Bank Service Charges | -140.00 |
| Check | 05/02/2016 | debit | Blackstone | | Credit Card Fees | -3,285.96 |
| Transfer | 05/02/2016 | | | Funds Transfer | Payroll #3694 | -1,000.00 |
| Check | 05/02/2016 | debit | Blackstone | | Credit Card Fees | -72.90 |
| Check | 05/03/2016 | 2768 | Haydee Burgos | w/e - 5/1 | Consulting | -750.00 |
| Check | 05/03/2016 | debit | Southern Wine & Spirits | | Alcoholic Beverages | -1,974.01 |
| Check | 05/04/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -5,048.55 |
| Check | 05/04/2016 | debit | The Premins Company, Inc. | | Liability Insurance | -2,296.71 |
| Check | 05/04/2016 | debit | The Premins Co. - Liquor Policy | | Insurance Expense | -570.30 |
| Bill Pmt -Check | 05/05/2016 | 2769 | Aqua Foods Supply, LLC | | Accounts Payable | -3,265.83 |
| Bill Pmt -Check | 05/05/2016 | 2770 | Jeraci Food Distributors, Inc. | | Accounts Payable | -5,208.00 |

3:28 PM
07/05/16
Accrual Basis

## Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 05/05/2016 | 2771 | Manhattan Beer Distributors | Acct #25054 | Beer | -521.73 |
| Bill Pmt -Check | 05/10/2016 | 2772 | Aqua Foods Supply, LLC | | Accounts Payable | -2,428.70 |
| Bill Pmt -Check | 05/10/2016 | 2773 | Cisco Bar Control | Pourers | Accounts Payable | -402.83 |
| Bill Pmt -Check | 05/10/2016 | 2774 | Dyckman Beer | | Accounts Payable | -60.00 |
| Bill Pmt -Check | 05/10/2016 | 2775 | Estella Mateo | Loan for Cuomo Event - Dinner | Accounts Payable | -2,500.00 |
| Bill Pmt -Check | 05/10/2016 | 2776 | GOYA | | Accounts Payable | -836.55 |
| Bill Pmt -Check | 05/10/2016 | 2777 | JCR Produce | | Accounts Payable | -4,138.40 |
| Bill Pmt -Check | 05/10/2016 | 2778 | Jeraci Food Distributors, Inc. | | Accounts Payable | -5,446.00 |
| Bill Pmt -Check | 05/10/2016 | 2779 | Lebron Restaurant Supplies | | Accounts Payable | -948.58 |
| Bill Pmt -Check | 05/10/2016 | 2780 | New York Waste Solution, Inc. | | Accounts Payable | -1,307.44 |
| Bill Pmt -Check | 05/10/2016 | 2781 | NYC Department of Finance | Vida Cafe Inc. EIN 20-2709898 | Accounts Payable | -544.00 |
| Bill Pmt -Check | 05/10/2016 | 2782 | Oath Health Tribunal | Vida Cafe Inc. Personal ID #0247205AA1 | Accounts Payable | -950.00 |
| Bill Pmt -Check | 05/10/2016 | 2783 | Roma Syrups | | Accounts Payable | -448.00 |
| Bill Pmt -Check | 05/10/2016 | 2784 | Room 4 Dessert | | Accounts Payable | -480.00 |
| Bill Pmt -Check | 05/10/2016 | 2785 | Susana Osorio | Reimbursement - Parking Tickets | Accounts Payable | -1,755.42 |
| Check | 05/10/2016 | 2786 | Haydee Burgos | w/e - 5/8 | Consulting | -750.00 |
| Check | 05/10/2016 | debit | Con Edison | Acct #48-2119-8405-0006-5 | Electricity | -7,085.02 |
| Transfer | 05/10/2016 | | | Funds Transfer | Payroll #3694 | -5,106.09 |
| Transfer | 05/10/2016 | | | Funds Transfer | Payroll #3694 | -3,488.76 |
| Check | 05/10/2016 | debit | Southern Wine & Spirits | | Alcoholic Beverages | -1,112.94 |
| Transfer | 05/11/2016 | | | Funds Transfer | Payroll #3694 | -1,000.00 |
| Bill Pmt -Check | 05/11/2016 | 2787 | Dyckman LLC | May 2016 | Accounts Payable | -26,310.13 |
| Check | 05/11/2016 | 2788 | 5 Points Security | Security - w/e 5/8 | Security Staff | -702.24 |
| Check | 05/11/2016 | 2789 | Manhattan Beer Distributors | Acct #25054 | Beer | -459.10 |
| Transfer | 05/11/2016 | | | Funds Transfer | Payroll #3694 | -3,996.70 |
| Check | 05/11/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -5,032.57 |
| Check | 05/12/2016 | 2790 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 4/24 | Advertising and Promotion | -2,150.00 |
| Check | 05/12/2016 | 2791 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 5/1 | Advertising and Promotion | -2,150.00 |
| Check | 05/12/2016 | 2792 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 5/8 | Advertising and Promotion | -2,150.00 |
| Check | 05/12/2016 | 2793 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 5/15 | -SPLIT- | -1,150.00 |
| Bill Pmt -Check | 05/16/2016 | 2794 | Anheuser Busch | | Accounts Payable | -183.00 |
| Check | 05/16/2016 | debit | Capital One Bank | Overdraft Fees | Bank Service Charges | -105.00 |
| Check | 05/16/2016 | debit | Capital One Bank | Overdraft Fees | Bank Service Charges | -105.00 |
| Bill Pmt -Check | 05/17/2016 | debit | Haydee Burgos | | Accounts Payable | -6,187.18 |

## Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 05/17/2016 | 2795 | Aqua Foods Supply, LLC | | Accounts Payable | -5,428.69 |
| Bill Pmt -Check | 05/17/2016 | 2796 | GOYA | | Accounts Payable | -898.14 |
| Bill Pmt -Check | 05/17/2016 | 2797 | JCR Produce | | Accounts Payable | -2,170.50 |
| Bill Pmt -Check | 05/17/2016 | 2798 | Jeraci Food Distributors, Inc. | | Accounts Payable | -7,980.00 |
| Check | 05/17/2016 | 2799 | Haydee Burgos | w/e - 5/15 | Consulting | -750.00 |
| Check | 05/17/2016 | 2800 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 5/22 | Advertising and Promotion | -2,150.00 |
| Check | 05/18/2016 | debit | Restaurant Depot | Mamajuana Cafe | Food Purchases | -6,187.18 |
| Transfer | 05/19/2016 | | | Funds Transfer | Payroll #3694 | -2,588.16 |
| Check | 05/19/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,948.34 |
| Check | 05/19/2016 | debit | Southern Wine & Spirits | | Alcoholic Beverages | -1,457.32 |
| Check | 05/24/2016 | debit | NYS Department of Finance & Taxation | April 2016 Sales Tax | Tax Liability | -16,258.63 |
| Bill Pmt -Check | 05/26/2016 | debit | Empire Merchants, LLC | | Accounts Payable | -4,940.58 |
| Bill Pmt -Check | 05/26/2016 | 2801 | Manhattan Beer Distributors | Acct #25054 | Beer | -597.78 |
| Bill Pmt -Check | 05/26/2016 | 2802 | Aqua Foods Supply, LLC | | Accounts Payable | -3,402.19 |
| Bill Pmt -Check | 05/26/2016 | 2803 | GOYA | | Accounts Payable | -421.49 |
| Bill Pmt -Check | 05/26/2016 | 2804 | Jeraci Food Distributors, Inc. | | Accounts Payable | -6,158.00 |
| Check | 05/26/2016 | 2805 | Haydee Burgos | w/e - 5/22 | Consulting | -750.00 |
| Check | 05/26/2016 | 2806 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 5/29 | Advertising and Promotion | -2,150.00 |
| Check | 05/31/2016 | 2807 | Vinaio | | Accounts Payable | -575.70 |
| Check | 05/31/2016 | 2808 | Haydee Burgos | w/e - 5/29 | Consulting | -750.00 |
| Check | 05/31/2016 | 2809 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 6/5 | Advertising and Promotion | -2,150.00 |
| Check | 05/31/2016 | 2810 | Manhattan Beer Distributors | Acct #25054 | Beer | -910.61 |
| Bill Pmt -Check | 05/31/2016 | 2811 | DCA | Vida Cafe Inc. - Lic #1208262-DCA | Accounts Payable | -6,148.57 |
| Transfer | 05/31/2016 | | | Funds Transfer | Payroll #3694 | -4,726.16 |
| Bill Pmt -Check | 06/01/2016 | 2812 | Anheuser Busch | | Accounts Payable | -468.55 |
| Bill Pmt -Check | 06/01/2016 | 2813 | Aqua Foods Supply, LLC | | Accounts Payable | -3,346.56 |
| Bill Pmt -Check | 06/01/2016 | 2814 | Bindi North America | | Accounts Payable | -270.96 |
| Bill Pmt -Check | 06/01/2016 | 2815 | dLL financial solutions | Acct #804901 | Accounts Payable | -271.32 |
| Bill Pmt -Check | 06/01/2016 | 2816 | Ecolab | | Accounts Payable | -1,146.66 |
| Bill Pmt -Check | 06/01/2016 | 2817 | Fadaro Fancy Foods Corp. | | Accounts Payable | -727.00 |
| Bill Pmt -Check | 06/01/2016 | 2818 | Ink Keepers | Customer #168438 | Accounts Payable | -455.96 |
| Bill Pmt -Check | 06/01/2016 | 2819 | JCR Produce | | Accounts Payable | -2,434.90 |
| Bill Pmt -Check | 06/01/2016 | 2820 | Jeraci Food Distributors, Inc. | | Accounts Payable | -7,896.00 |
| Bill Pmt -Check | 06/01/2016 | 2821 | Mercedes-Benz Financial Services USA LLC | Cust. #0000387512/2 | Accounts Payable | -706.36 |

3:28 PM
07/05/16
Accrual Basis

# Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 06/01/2016 | 2822 | National Pen Co., LLC | Acct #15263944 | Accounts Payable | -705.01 |
| Bill Pmt -Check | 06/01/2016 | 2823 | NYC Fire Department | Acct #32107401 | Accounts Payable | -315.00 |
| Bill Pmt -Check | 06/01/2016 | 2824 | NYC Knife | | Accounts Payable | -323.29 |
| Bill Pmt -Check | 06/01/2016 | 2825 | RC Refrigeration Corp. | | Accounts Payable | -500.00 |
| Bill Pmt -Check | 06/01/2016 | 2826 | RJ Linen & Uniforms | | Accounts Payable | -4,168.60 |
| Bill Pmt -Check | 06/01/2016 | 2827 | Roma Syrups | | Accounts Payable | -942.00 |
| Bill Pmt -Check | 06/01/2016 | 2828 | Room 4 Dessert | | Accounts Payable | -420.00 |
| Bill Pmt -Check | 06/01/2016 | 2829 | TGI | | Accounts Payable | -175.26 |
| Bill Pmt -Check | 06/01/2016 | 2830 | Time Warner Cable | Acct #815021001206775 | Accounts Payable | -710.31 |
| Bill Pmt -Check | 06/01/2016 | 2831 | VERIZON | Acct #212 304 0140 438 74 2 | Accounts Payable | -381.12 |
| Bill Pmt -Check | 06/01/2016 | 2832 | 8 Studio LLC | | Accounts Payable | -250.00 |
| Check | 06/01/2016 | 2833 | Victor Osorio | Payroll - April, May (plus donation reimb.) | -SPLIT- | -3,832.66 |
| Check | 06/01/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,543.27 |
| Check | 06/01/2016 | debit | Southern Wine & Spirits | | Alcoholic Beverages | -2,506.44 |
| Check | 06/02/2016 | debit | Con Edison | Acct #48-2119-8405-0006-5 | Electricity | -4,833.18 |
| Check | 06/02/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -2,534.73 |
| Check | 06/02/2016 | debit | Blackstone | | Credit Card Fees | -27.94 |
| Check | 06/03/2016 | debit | Blackstone | | Credit Card Fees | -3,939.10 |
| Check | 06/06/2016 | 2834 | Haydee Burgos | w/e - 6/5 | Consulting | -750.00 |
| Bill Pmt -Check | 06/07/2016 | 2835 | Dyckman LLC | June 2016 | Accounts Payable | -27,525.63 |
| Bill Pmt -Check | 06/07/2016 | 2836 | Dyckman LLC | | Accounts Payable | -7,000.00 |
| Check | 06/07/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,869.08 |
| Check | 06/07/2016 | debit | Southern Wine & Spirits | | Alcoholic Beverages | -1,353.78 |
| Transfer | 06/07/2016 | | | Funds Transfer | Payroll #3684 | -5,190.05 |
| Check | 06/08/2016 | 2837 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 6/12 | Advertising and Promotion | -2,150.00 |
| Check | 06/08/2016 | 2838 | Manhattan Beer Distributors | Acct #25054 | Beer | -715.81 |
| Bill Pmt -Check | 06/08/2016 | debit | The Premins Co. - Liquor Policy | Acct #167465-J55 | Accounts Payable | -570.30 |
| Bill Pmt -Check | 06/08/2016 | debit | The Premins Company, Inc. | Acct #167428-J55 | Accounts Payable | -2,296.71 |
| Bill Pmt -Check | 06/09/2016 | 2839 | Reinforce Dist. Corp. | | Accounts Payable | -230.00 |
| Bill Pmt -Check | 06/09/2016 | 2840 | GOYA | | Accounts Payable | -437.75 |
| Check | 06/09/2016 | 2841 | New York State Liquor Authority | Vida Cafe Inc.  Serial #1176192 | Licenses & Permits | -4,442.00 |
| Bill Pmt -Check | 06/09/2016 | 2842 | Aqua Foods Supply, LLC | | Accounts Payable | -3,340.28 |
| Bill Pmt -Check | 06/09/2016 | 2843 | JCR Produce | | Accounts Payable | -3,636.80 |
| Bill Pmt -Check | 06/09/2016 | 2844 | Jeraci Food Distributors, Inc. | | Accounts Payable | -10,691.00 |

**3:28 PM**
**07/05/16**
**Accrual Basis**

# Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 06/09/2016 | 2845 | New York Waste Solution, Inc. | | Accounts Payable | -1,307.44 |
| Check | 06/13/2016 | debit | Con Edison | Acct #48-2119-8405-0006-5 | Electricity | -31.10 |
| Check | 06/14/2016 | 2846 | Haydee Burgos | w/e - 6/12 | Consulting | -750.00 |
| Transfer | 06/14/2016 | | | Funds Transfer | Payroll #3694 | -5,080.26 |
| Bill Pmt -Check | 06/15/2016 | 2848 | Anheuser Busch | | Accounts Payable | -485.65 |
| Bill Pmt -Check | 06/15/2016 | 2847 | GOYA | | Accounts Payable | -594.46 |
| Bill Pmt -Check | 06/15/2016 | 2849 | JCR Produce | | Accounts Payable | -1,398.50 |
| Bill Pmt -Check | 06/15/2016 | 2850 | Jeraci Food Distributors, Inc. | | Accounts Payable | -5,834.00 |
| Bill Pmt -Check | 06/15/2016 | 2851 | Lebron Restaurant Supplies | | Accounts Payable | -1,019.33 |
| Bill Pmt -Check | 06/15/2016 | 2852 | RC Refrigeration Corp. | | Accounts Payable | -500.00 |
| Bill Pmt -Check | 06/15/2016 | 2853 | RJ Linen & Uniforms | | Accounts Payable | -1,835.20 |
| Bill Pmt -Check | 06/15/2016 | 2854 | Roma Syrups | | Accounts Payable | -460.00 |
| Bill Pmt -Check | 06/15/2016 | 2855 | Room 4 Dessert | | Accounts Payable | -900.00 |
| Bill Pmt -Check | 06/15/2016 | 2856 | TGI | Acct #LI5558 | Accounts Payable | -56.00 |
| Check | 06/15/2016 | debit | Restaurant Depot | Mamajuana Cafe | Food Purchases | -3,290.72 |
| Check | 06/15/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -5,347.76 |
| Check | 06/16/2016 | 2857 | Manhattan Beer Distributors | Acct #25054 | Beer | -779.85 |
| Check | 06/16/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -1,752.00 |
| Check | 06/17/2016 | 2858 | SBS - Spanish Broadcasting System | Mamajuana Cafe Dyckman - 6/19 | Advertising and Promotion | -2,150.00 |
| Check | 06/17/2016 | 2859 | Haydee Burgos | w/e - 6/19 | Consulting | -750.00 |
| Check | 06/20/2016 | debit | NYS Department of Finance & Taxation | May 2016 Sales Tax | Tax Liability | -19,335.08 |
| Check | 06/21/2016 | 2860 | Eletto Business Directions, Inc. | Invoice #19679 - (March/April/May) | Accounting | -3,500.00 |
| Bill Pmt -Check | 06/21/2016 | 2861 | Aqua Foods Supply, LLC | | Accounts Payable | -1,212.05 |
| Bill Pmt -Check | 06/21/2016 | 2862 | Fadaro Fancy Foods Corp. | | Accounts Payable | -995.25 |
| Bill Pmt -Check | 06/21/2016 | 2863 | GOYA | | Accounts Payable | -605.11 |
| Bill Pmt -Check | 06/21/2016 | 2864 | JCR Produce | | Accounts Payable | -2,113.80 |
| Bill Pmt -Check | 06/21/2016 | 2865 | Jeraci Food Distributors, Inc. | | Accounts Payable | -7,293.00 |
| Bill Pmt -Check | 06/21/2016 | 2866 | Lebron Restaurant Supplies | | Accounts Payable | -663.92 |
| Bill Pmt -Check | 06/21/2016 | 2867 | RJ Linen & Uniforms | | Accounts Payable | -608.49 |
| Bill Pmt -Check | 06/21/2016 | 2868 | Roma Syrups | | Accounts Payable | -319.00 |
| Bill Pmt -Check | 06/21/2016 | 2869 | Room 4 Dessert | | Accounts Payable | -240.00 |
| Check | 06/21/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -4,869.28 |
| Transfer | 06/21/2016 | | | Funds Transfer | Payroll #3694 | -4,820.69 |
| Check | 06/22/2016 | 2870 | GA HVAC/R | Mamajuana Cafe Dyckman, Bill 1 of 2 | Leasehold Improvement | -10,125.38 |

## Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 06/22/2016 | 2871 | Estella Mateo | Loan for Cuomo Event - Dinner | Accounts Payable | -7,500.00 |
| Check | 06/22/2016 | debit | Southern Wine & Spirits | | Alcoholic Beverages | -2,597.46 |
| Check | 06/23/2016 | 2872 | Manhattan Beer Distributors | Acct #25054 | Beer | -788.76 |
| Check | 06/24/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -340.00 |
| Transfer | 06/26/2016 | | | Funds Transfer | Payroll #3694 | -5,084.16 |
| Check | 06/28/2016 | 2873 | Haydee Burgos | w/e - 6/26 | Consulting | -750.00 |
| Bill Pmt -Check | 06/28/2016 | debit | Con Edison | Acct #48-2119-8420-0007-2 | Accounts Payable | -5,052.42 |
| Check | 06/28/2016 | 2876 | SBS - Spanish Broadcasting System | Manajuana Cafe Dyckman - 6/26 | Advertising and Promotion | -2,150.00 |
| Bill Pmt -Check | 06/28/2016 | 2877 | Anheuser Busch | | Accounts Payable | -565.10 |
| Bill Pmt -Check | 06/28/2016 | 2875 | Aqua Foods Supply, LLC | | Accounts Payable | -8,712.14 |
| Bill Pmt -Check | 06/28/2016 | 2878 | dLL financial solutions | Acct #804901 | Accounts Payable | -275.03 |
| Bill Pmt -Check | 06/28/2016 | 2879 | Dyckman LLC | | Accounts Payable | -7,000.00 |
| Bill Pmt -Check | 06/28/2016 | 2880 | Ecolab | | Accounts Payable | -346.83 |
| Bill Pmt -Check | 06/28/2016 | 2881 | Fadaro Fancy Foods Corp. | | Accounts Payable | -565.56 |
| Bill Pmt -Check | 06/28/2016 | 2882 | GOYA | | Accounts Payable | -893.78 |
| Bill Pmt -Check | 06/28/2016 | 2883 | JCR Produce | | Accounts Payable | -1,945.15 |
| Bill Pmt -Check | 06/28/2016 | 2884 | Jeraci Food Distributors, Inc. | | Accounts Payable | -9,364.06 |
| Bill Pmt -Check | 06/28/2016 | 2885 | Lebron Restaurant Supplies | | Accounts Payable | -309.66 |
| Bill Pmt -Check | 06/28/2016 | 2886 | NYC Knife | | Accounts Payable | -146.95 |
| Bill Pmt -Check | 06/28/2016 | 2887 | RJ Linen & Uniforms | | Accounts Payable | -1,708.80 |
| Bill Pmt -Check | 06/28/2016 | 2888 | Roma Syrups | | Accounts Payable | -657.00 |
| Bill Pmt -Check | 06/28/2016 | 2889 | Room 4 Dessert | | Accounts Payable | -300.00 |
| Bill Pmt -Check | 06/28/2016 | 2890 | TGI | Acct #LI5558 | Accounts Payable | -172.07 |
| Bill Pmt -Check | 06/28/2016 | 2891 | VERIZON | Acct #212 304 0140 438 74 2 | Accounts Payable | -300.13 |
| Bill Pmt -Check | 06/28/2016 | 2892 | Vinaio | 25054 | Accounts Payable | -775.50 |
| Bill Pmt -Check | 06/28/2016 | debit | Haydee Burgos | | Accounts Payable | -4,232.50 |
| Transfer | 06/28/2016 | | | Funds Transfer | Payroll #3694 | -5,341.60 |
| Check | 06/29/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -5,589.69 |
| Check | 06/30/2016 | 2893 | Cisco Bar Control | Pourers | Accounts Payable | -408.28 |
| Bill Pmt -Check | 06/30/2016 | | Manhattan Beer Distributors | 25054 | Accounts Payable | -705.52 |
| Check | 06/30/2016 | 2894 | Manhattan Beer Distributors | Acct #25054 | Beer | -705.52 |
| Check | 06/30/2016 | debit | Con Edison | Acct #48-2119-8405-0006-5 | Electricity | -5,042.42 |
| Check | 06/30/2016 | debit | Empire Merchants, LLC | COD | Alcoholic Beverages | -1,871.82 |
| Total Operating #3708 | | | | | | -712,731.81 |

3:28 PM
07/05/16
Accrual Basis

# Vida Cafe, Inc.
## General Ledger
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Payroll #3694** | | | | | | |
| Check | 04/28/2016 | debit | ADP | Payroll Taxes | Payroll Taxes | -8,466.26 |
| Check | 04/28/2016 | debit | ADP | Payroll Expenses | Payroll Expenses | -401.63 |
| Check | 04/28/2016 | checks | ADP | Wages | Wages | -9,566.90 |
| Check | 05/31/2016 | debit | ADP | Payroll Taxes | Payroll Taxes | -6,346.96 |
| Check | 05/31/2016 | debit | ADP | Payroll Expenses | Payroll Expenses | -508.45 |
| Check | 05/31/2016 | checks | ADP | Wages | Wages | -15,765.46 |
| Check | 06/30/2016 | checks | ADP | Wages | Wages | -22,689.98 |
| Check | 06/30/2016 | debit | ADP | Payroll Taxes | Payroll Taxes | -9,800.45 |
| Check | 06/30/2016 | debit | ADP | Payroll Expenses | Payroll Expenses | -399.16 |
| **Total Payroll #3694** | | | | | | **-73,945.25** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

In re

**Vida Cafe Inc.**

Case No. _____

**Debtor**

Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)  **Sushi Vida Inc.**

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:



CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date _____            Signature of Attorney

                                   **Pick & Zabicki LLP**
                                   Name of law firm

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:

       Vida Cafe Inc.,

               Debtor

                             Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Victor Osorio<br>497 Piermont Road<br>Cresskill, New Jersey 07626 | Common Stock | 100% | Sole Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, <u>Victor Osorio, President</u> of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: _____

Signature: _____

Printed Name: Victor Osorio

Title: President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# United States Bankruptcy Court
## Southern District of New York

In re **Vida Cafe Inc.**                                                    Case No.

    Debtor.                                                    Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Vida Cafe Inc.** _____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

**X**  There are no entities to report.

By: _____
    **Douglas J. Pick, Esq.**
    Signature of Attorney

Counsel for
Bar no.:
Address.: **369 Lexington Avenue, 12th Floor
New York, New York 10017**

Telephone No.: **(212) 695-6000**
Fax No.: **(212) 695-6007**
E-mail address: **dpick@picklaw.net**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    **Vida Cafe Inc.**

_____    Case No. _____

                    Debtors            Chapter   **11**   _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____        Signed: _____

Dated: _____        Signed: _____

Signed: _____
             Attorney for Debtor(s)
             Bar no.:

             Telephone No.:
             Fax No.:
             E-mail address:

AJH Contracting, Inc.
223 Dyckman Street
New York, NY 10034


AmTrust North America
P.O. Box 6939
Cleveland, OH 44101-1939


Aqua Foods Supply LLC
411 Park Place
#4J
Fort Lee, NJ 07024


Criminal Court of the City of New York
346 Broadway
New York, NY 10013


Dyckman LLC
c/o The Parkoff Organization
98 Cuttermill Road, 444S
Great Neck, NY 11021-3002


Ecolab
P.O. Box 32027
New York, NY 10087-2027


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


JCR Produce
5900 Arlington Avenue
Bronx, NY 10471


Marcos Geovanny
c/o Cilenti & Cooper, PLLC
708 Third Avenue, 6th Floor
New York, NY 10017

Mario Quirino
c/o Cilenti & Cooper, PLLC
708 Third Avenue, 6th Floor
New York, NY 1017


Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197


Miguel Hernandez
585 West 204th Street
New York, NY 10034


NYC Dept. of Finance
345 Adams Street, 3rd Floor, Attn: Legal
Brooklyn, NY 11201


NYC Law Dept.
100 Church Street
New York, NY 10007


NYS Attorney General
120 Broadway
New York, NY 10271


NYS Dept. of Labor
P.O. Box 15012
Albany, NY 12212-5012


NYS Dept. of Tax & Fin.
Bankruptcy/Special Procedures Section, P
Albany, NY 12205-0300


NYS Dept. of Taxation & Finance

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procs., P.O. Box 5300
Albany, NY 12205-0300


NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201


NYS Unempoyment Insurance
P.O. Box 4305
Binghamton, NY 13902-4305


Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014


Oscar Ortega
c/o Cilenti & Cooper, PLLC
708 Third Avenue, 6th Floor
New York, NY 10017


Rancho Vida LLC
c/o Faga Savino LLP, 1200 Waters Place,
Bronx, NY 10461


RJ Linen & Uniforms Corp.
305 N. Macquesten Parkway
Mount Vernon, NY 10550


Susan Osorio
24 Prospect Terrace
Yonkers, NY 10705


U.S. Dept. of Justice
Box 55
Washington, District of Columbia 20044

United States Attorney
One St. Andrews Plaza
New York, NY 10007


Victor Osorio
497 Piermont Road
Cresskill, NJ 07626


Victor Santos
c/o Faga Savino LLP, 1200 Waters Place,
Bronx, NY 10461


Wendy Bermudez
c/o Cilenti & Cooper, PLLC
708 Third Avenue, 6th Floor
New York, NY 10017


Willy Escolastico
c/o Cilenti & Cooper, PLLC
708 Third Avenue, 6th Floor
New York, NY 10017


Zaferino Castelan-Hilario
c/o Cilenti & Cooper, PLLC
708 Third Avenue, 6th Floor
New York, NY 10017

**Vida Cafe Inc.**

**11 )**

**Vida Cafe Inc.**

707